UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW GROGAN, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>        v.<br><br>AARON'S INC.,<br><br>        Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-02821-JPB |

## **ORDER**

This matter came before the Court on the parties' Joint Motion to Amend the Scheduling Order [Doc. 82]. For good cause shown, the motion is GRANTED.

IT IS HEREBY ORDERED that this matter is STAYED pending the parties' mediation on February 10, 2020. No later than February 17, 2020, the parties shall file a Status Report with the Court.

In the event the parties do not fully resolve this matter at mediation, the parties' proposed schedule is approved and adopted as if fully set forth herein. All previous deadlines are extended by eight weeks.

**IT SO ORDERED** this 3rd day of January, 2020.

J. P. BOULEE
United States District Judge