UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW GROGAN, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>AARON'S INC.,<br><br>  Defendant. | CIVIL ACTION NO.<br><br>1:18-CV-02821-JPB |

### **ORDER**

This matter comes before the Court on Plaintiff's Motion for Class Certification [Doc. 78]. After the motion was filed, the parties informed the Court that they reached a settlement. [Doc. 84]. The parties represented to this Court that a Motion for Preliminary Approval of the Settlement would be filed no later than April 3, 2020. Id. To date, no such motion has been filed.

Because the parties appear to have settled this matter, Plaintiff's Motion for Class Certification is DENIED without prejudice. In the event settlement negotiations fail, the motion may be refiled. IT IS HEREBY ORDERED that the parties shall submit a status report to this Court no later than April 23, 2020,

updating this Court as to when they expect to file the Motion for Preliminary Approval of the Settlement.

**SO ORDERED** this 9th day of April, 2020.

_____
J. P. BOULEE
United States District Judge